

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Isaac Delbosque,

Vs. No. 11-21-00283-CR

The State of Texas,

\* From the 70th District Court
of Ector County,
Trial Court No. A-20-1032-CR

\* August 4, 2022

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.